UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY D. JEANMARD

VERSUS

A-1 UNLIMITED, INC., ET AL.

CIVIL ACTION

NO. 11-462-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 29, 2011 (doc. no. 6) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this case is DISMISSED for plaintiffs' failure to prosecute and have the defendant served within 120 days of filing the suit.

Baton Rouge, Louisiana, January 5, 2012.

———————————————
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA